IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-20-49-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER MICHAEL STEBBINS, | |
| Defendant. | |

Defendant Christopher Stebbins has filed a Motion to Vacate the Hearing on Defendant's Motion for Review of Detention Order (Doc. Nos. 25, 26) currently set for October 20, 2020. The Defendant has also provided notice that he withdraws his Motion for Review of Detention Order. The Government has no objections to the Motion. Therefore, IT IS ORDERED that the Hearing currently set for October 20, 2020, at 4:00 p.m. is VACATED.

DATED this 19th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1